AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2021

SEAN F. McAVOY, CLERK

KIMBERLY SHAW, on behalf of D.S., a minor child,

*Plaintiff*

v.

ANDREW SAUL, Commissioner of Social Security,

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:20-cv-03141-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 19) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 20) is DENIED.
Matter is REMANDED to the Social Security Administration for further proceedings consistent with the order.
JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR. _____   on motions for
summary judgment (ECF Nos. 19 and 20).

Date:  10/22/2021 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates